**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JESSICA DE LA ROSA,

                                    Plaintiff,

                          -against-

174 SECOND EQUITIES CORP. and
BAKED EAST VILLAGE OPERATORS
LLC

                               Defendants.
-------------------------------------------------------------------X

**ORDER**

**24-cv-9694 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court extended discovery deadlines on June 13, 2025 by 60 days at the Parties' request because of the upcoming mediation.  Dkt. No. 25.  In that Order, the Court instructed the Parties to file a joint status letter within one week of the conclusion of the mediation. The Court again extended discovery deadlines by 60 days on November 4, 2025, at the Parties' request.  The Parties completed mediation, which was unsuccessful, and a final mediation report was filed on December 19, 2025. The Parties have not filed any status letter with the Court, in violation of the Court's June 13th Order.

The Parties are to file a joint status letter by January 14, 2025 with the current status of discovery and provide an explanation as to the extended delay in the case. If discovery is not complete, the Parties are to propose new deadlines.

SO ORDERED.

DATED:    New York, New York
          January 7, 2026

_____
JENNIFER E. WILLIS
United States Magistrate Judge

2