Case 1:24-cv-09694-VSB-JW   Document 35   Filed 02/17/26   Page 1 of 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JESSICA DE LA ROSA,

                            Plaintiff,

                    -against-

174 SECOND EQUITIES CORP. and
BAKED EAST VILLAGE OPERATORS
LLC

                          Defendants.
-----------------------------------------------------------------X

**ORDER**

**24-cv-9694 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Parties were ordered to file a joint status letter by February 6, 2026 after

the subsequent mediation.  Dkt. No. 34.  The Parties are to file a status letter by

**February 23, 2026**.


       SO ORDERED.

DATED:    New York, New York
             February 17, 2026

                                  *Jennifer E. Willis*
                                JENNIFER E. WILLIS
                                United States Magistrate Judge