**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JESSICA DE LA ROSA,

                         **ORDER**

               Plaintiff,

                   **24-cv-9694 (VSB) (JW)**

              -against-

174 SECOND EQUITIES CORP. and
BAKED EAST VILLAGE OPERATORS
LLC

              Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Parties were ordered to file a joint status letter by March 31, 2026.  Dkt. No. 37. Nothing has been filed on ECF.  This is the second order requiring a status update that the Parties have failed to comply with.  See Dkt. No. 35. The Parties are to file a status letter by **April 15, 2026.**  If the Parties continue to disregard the Court's orders, this Court may issue sanctions or hold the Parties in contempt of court.

      SO ORDERED.

DATED:    New York, New York
           April 10, 2026

                             _____
                             JENNIFER E. WILLIS
                         United States Magistrate Judge