UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                              :
JESSICA DE LA ROSA,                                           :
                                                              :
                                    Plaintiff,                :
                                                              :                    24-CV-9694 (VSB)
                            -against-                          :
                                                              :                    **ORDER**
174 SECOND EQUITIES CORP. and BAKED                           :
EAST VILLAGE OPERATORS LLC,                                    :
                                                              :
                                    Defendants.               :
                                                              :
-------------------------------------------------------------- X


VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that the parties in this case have reached a settlement

agreement.  Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within thirty (30) days.


SO ORDERED.
Dated:        July 1, 2026
              New York, New York

                                                   Vernon S. Broderick
                                                   United States District Judge